IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELVIN LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO: 2:22-cv-1425-SGC |
| | ) |
| JAMAS TECHNOLOGY, INC., | ) |
| | ) |
| Defendant. | ) |

## **CORPORATE CONFLICT DISCLOSURE STATEMENT**

Defendant Jamas Technology, Inc. ("Jamas"), pursuant to Federal Rule of Civil Procedure 7.1, provides the court with this disclosure statement.

Jamas has no parent corporation and is not owned by any publicly held corporations owning ten percent or more of its stock.

Respectfully submitted this 17th day of January, 2023.

> */s/ Ben B. Robinson*
> Ben B. Robinson
> brobinson@wallacejordan.com
> Jonathan A. Griffith
> jgriffith@wallacejordan.com
> *Attorneys for Defendant  Jamas Technology, Inc.*

**OF COUNSEL:**
**WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C.**
Post Office Box 530910
Birmingham, Alabama  35253
Voice: (205) 870-0555

## CERTIFICATE OF SERVICE

The foregoing is filed and served using the Court's CM-ECF filing system, which will effect service of process on all counsel of record.

                                                  */s/ Ben B. Robinson*
                                                  OF COUNSEL