UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELVIN LEWIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-1425-SGC |
| JAMAS TECHNOLOGY, INC., | ) |
| Defendant. | ) |

## **ORDER**

This case is SET for mediation before United States Magistrate Judge Gray M. Borden on **January 26, 2024**, at **10:00 a.m.** in Courtroom 3B of the Hugo L. Black United States Courthouse in Birmingham, Alabama.  Counsel for each party will be required to attend the mediation along with the party or—if the party is not an individual—with an appropriate representative.  In either event, an individual with settlement authority must attend.

On or before **January 22, 2024**, the parties shall submit a confidential mediation statement, including (1) a brief summary of the facts and background of the dispute, as well as any materials that may assist the court in understanding the case; (2) a statement of the claims and defenses at issue; (3) the relevant governing law and any unique legal issues presented in the litigation; (4) an estimated value of the claim(s); (5) an estimate of the costs of pursuing or defending this action through

trial; and (6) the status of prior settlement negotiations, including the amounts of the parties' most recent settlement offers, if any. The material should be marked "CONFIDENTIAL" and should be submitted directly to the chambers inbox at borden_chambers@alnd.uscourts.gov.

DONE and ORDERED on December 14, 2023.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE